JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANTHONY BARRIOS, | Case No. CV 18-7195-DOC (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action be dismissed with prejudice.

DATED: August 20, 2019

DAVID O. CARTER
U.S. DISTRICT JUDGE